OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 22 2015

10/21/2015
LEDESMA, JUAN MANUEL    Tr. Ct. No. CR-0473-82-C (5,6,7)    WR-13,158-11
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant's supporting facts and/or grounds for relief are not on the prescribed form. See Ex parte Blacklock, 191 S.W.3d 718 (Tex. Crim. App. 2006).

Abel Acosta, Clerk

MARTIN TARIN FRANCO JR.
RAMSEY I UNIT - TDC #490569
1100 FM 655
ROSHARON, TX 77583                    R E F

EBN3B 77563